UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JUAVE` COLLINS (#551251)　　　　　　　　　　　　CIVIL ACTION

VERSUS

ANTHONY MARY, ET AL.　　　　　　　　　　　　NO. 14-0379-JJB-RLB

## ORDER

This matter comes before the Court on the plaintiff's Motion to Dismiss Original Motion Requesting For a Preliminary Injunction and/or Temporary Restraining Order (Rec. Doc. 4), which the Court interprets to be a Notice of Voluntary Dismissal filed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Under this Rule, the filing of a Notice of Voluntary Dismissal effects a dismissal of the proceeding without further action by the Court, *see Perkins v. Johnson*, 118 Fed. Appx. 824 (5th Cir. 2004) (recognizing that "[u]nder Fed.R.Civ.P. 41(a), the voluntary dismissal of an action completely terminates the litigation, without further order by the district court"). Accordingly,

**IT IS ORDERED** that the plaintiff's Motion to Dismiss (Doc. 4) be and it is hereby interpreted to be a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and the Clerk of Court is directed to terminate this action on the Court's Docket, without prejudice to re-filing but with prejudice to the filing of the same claim or claim *in forma pauperis*,[1]

Baton Rouge, Louisiana, this 15th day of July, 2014.

　　　　　　　　　　　　　　　　　　　　　　JAMES J. BRADY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] *See Underwood v. Wilson*, 151 F.3d 292 (5th Cir. 1998).